**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **BILLIE LOU MILLER** | **CASE NO. 5:22-CV-00335** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KAREN J MILLER** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, together with the Objection [Doc. No. 18] filed by Plaintiff Billie Lou Miller on May 2, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Remand [Doc. No. 9] is **DENIED**.

MONROE, LOUISIANA, this 3rd day of May 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**