# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BILLIE LOU MILLER** | **CASE NO. 5:22-CV-00335** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KAREN J MILLER** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, together with the Objection [Doc. No. 23] filed by Defendant Karen J. Miller on June 14, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 7] is **DENIED**.

MONROE, LOUISIANA, this 15th day of June 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**