# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BILLIE LOU MILLER** | **CIVIL ACTION NO. 22-cv-335** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KAREN J MILLER** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 31] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Karen J. "Kay" Miller's Motion for Partial Dismissal [Doc. No. 25] is **GRANTED IN PART and DENIED IN PART.** All claims for revendicatory relief and attorney's fees are **DISMISSED**. The motion is **DENIED** in all other respects.

MONROE, LOUISIANA, this the 17th day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**